**INITIAL CONFERENCE QUESTIONNAIRE**

CASE NAME: Johnson v. Experian Info. Solutions

DOCKET NO.: 05-CV-2389

So Ordered
[signature]
9/20/05

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __N/A__

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by: plaintiff(s) __N/A__ and defendant(s) __N/A__

3. Maximum number of requests for admission by: plaintiff(s) ____ and defendant(s) ____

4. Number of depositions by plaintiff(s) of: parties __2__ non-parties __1__

5. Number of depositions by defendant(s) of: parties __1__ non-parties ~~3~~ 5

6. Time limits for depositions: __7 hrs__

7. Date for completion of factual discovery: __1/20/2006__

8. Number of expert witnesses of plaintiff(s): ____ medical __1__ non-medical
   Date for expert report(s): __1/27/2006__

9. Number of expert witnesses of defendant(s): __1__ medical __1__ non-medical
   Date for expert report(s): __2/10/2006__

10. Date for completion of expert discovery: __2/24/2006__

11. Time for amendment of the pleadings by plaintiff(s) __10/15/2005__ or by defendant(s) __10/15/2005__

12. Number of proposed additional parties to be joined by plaintiff(s) __N/A__ and by defendant(s) __N/A__ and time for completion of joinder: ____

13. Types of contemplated dispositive motions:
    plaintiff(s): Summary judgment
    defendant(s): Summary judgment, as discovery progresses possibly others

14. Dates for filing contemplated dispositive motions:
    plaintiff(s): 3/8/2006
    defendant(s): 3/8/2006

15. Does any party object to having this case included in the **Court's Electronic Case Filing Program?**
    ✓ No objection ___ Objection by __ plaintiff __ defendant

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No ✓

17. This case should be ordered to arbitration at the close of discovery __NO__ (yes/no)
    This case should be ordered to mediation (now or at a later date) __NO__ (yes/no)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)